UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM CHANDLER,

                Plaintiff,

   - against -

INTERNATIONAL BUSINESS MACHINES CORP.,

                Defendant.

21-cv-6319 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for September 27, 2021 at 3:30 p.m. is cancelled.

**SO ORDERED.**

Dated:    New York, New York
            September 24, 2021

                                          _____
                                            John G. Koeltl
                                        **United States District Judge**