UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM CHANDLER,

                Plaintiff,

- against -

INTERNATIONAL BUSINESS MACHINES CORP.,

                Defendant.

21-cv-6319 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to submit courtesy copies of the papers filed in connection with his motion for summary judgment. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
            December 15, 2021

                                            John G. Koeltl
                                      United States District Judge