**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILLIAM CHANDLER,

                Plaintiffs,

  -against-                                        21 **CIVIL** 6319 (JGK)

                                                    **JUDGMENT**

INTERNATIONAL BUSINESS MACHINES
CORP.,

                Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 6, 2022, the Court has considered all of the arguments of the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, IBM's motion to dismiss is granted and the plaintiff's motion for summary judgment is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York

       July 6, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                         **BY:**      *K. Mango*
                                                      **Deputy Clerk**